1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

11
12
13 RAMONA GARCIA,

   Plaintiff,

15   v.

16 CAROLYN W. COLVIN,
Commissioner of Social Security,

   Defendant.

Case No. 2:16-CV-02691-SK

**JUDGMENT**

19
20   It is the judgment of this Court that the decision of the Administrative
Law Judge is AFFIRMED.  Judgment is hereby entered in favor of
Defendant.

Date: March 1, 2017

     _____

HON. STEVE KIM
U.S. MAGISTRATE JUDGE

26
27
28